THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MEDNAN REDZEPOSKI, Respondent.

Submitted March 20, 2006; decided March 23, 2006

Motion for assignment of counsel granted and Steven Banks, Esq., Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the respondent on the appeal herein.